No. 95–1390. National Association of Reversionary Property Owners v. Surface Transportation Board et al. C. A. D. C. Cir. Certiorari denied.

No. 95–1392. Ruiz-Mendoza v. United States. C. A. 5th Cir. Certiorari denied.

No. 95–1397. Andrews v. Georgia. C. A. 11th Cir. Certiorari denied.

No. 95–6765. Brunner v. United States. C. A. 11th Cir. Certiorari denied.

No. 95–7119. Elgendy et ux. v. Nehemiah Plan Homes Project et al. C. A. 2d Cir. Certiorari denied.

No. 95–7155. Patrick v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 95–7171. Fauber v. California. Sup. Ct. Cal. Certiorari denied.

No. 95–7195. Carter v. Runyon, Postmaster General. C. A. 8th Cir. Certiorari denied.

No. 95–7222. Gorman v. McAninch, Warden. C. A. 6th Cir. Certiorari denied.

No. 95–7250. Kinley v. Ohio. Sup. Ct. Ohio. Certiorari denied.

No. 95–7252. Lawson v. Chater, Commissioner of Social Security. C. A. 2d Cir. Certiorari denied.

No. 95–7260. Turpin v. United States. C. A. 4th Cir. Certiorari denied.

No. 95–7273. Crompton v. United States. C. A. 7th Cir. Certiorari denied.

No. 95–7456. Scott v. Minnesota. Ct. App. Minn. Certiorari denied.

No. 95–7464. Strowski v. Bank of America. C. A. 9th Cir. Certiorari denied.